UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MELANIE WHITE, et al.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **LEIGH HLAVATY, et al.**, <br><br><br> Defendants. | **2:22-CV-13005-TGB-EAS** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED**. Counts II-IV of Plaintiffs' complaint are **DISMISSED with prejudice** as to all Defendants. Count I of Plaintiffs' complaint is **DISMISSED without prejudice**.

Dated at Detroit, Michigan:  July 27, 2023.

                                               KINIKIA ESSEX
                                               CLERK OF THE COURT

                                               s/A. Chubb
                                               Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE